

# In the Missouri Court of Appeals
## Eastern District

SEPTEMBER 29, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101406     AMERICAN PUZZLE CO., APP V WALTER WURDACK, RES

2.      ED101481 STATE OF MISSOURI, RES V MICHAEL J. HOUSTON, APP

3.      ED101988 JEFFREY TACINA, APP V MERS/MO & DES, RES

4.      ED102120 HEIDI K. WOOD, APP V MICHAEL S. WOOD, RES

5.      ED102460 LONNIE SNELLING, APP V PATRICK J. KENNY ET AL, DFT


**CORRECTION(S)**:

1.      ED102446 JOHN W. WOLFNER RES V HERITAGE UNION LIFE INS APP